AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

FILED 02 OCT '24 16:47 USDC-ORP
FILED 02 OCT '24 16:48 USDC-ORP

U.S. MARSHALS SERVICE
OCT 02 2024 12:12

| | |
|---|---|
| United States of America<br>v.<br>Said Miguel Ocampo Banuelos<br><br>*Defendant* | )<br>)  Case No. 3:24-mj-00212-1<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Said Miguel Ocampo Banuelos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(A)(vi) - Possession with intent to distribute controlled substances

Date: 10/02/2024

*Issuing officer's signature* /s/ Stacie F. Beckerman

City and state: Portland, Oregon

STACIE F. BECKERMAN, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 10/02/2024
ARRESTED BY DEA

U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*